Case: 1:23-mj-00232
Assigned To : Harvey, G. Michael
Assign. Date : 8/25/2023
Description: Complaint W/ Arrest Warrant

## **STATEMENT OF FACTS**

On Thursday, August 24, 2023 around 8:00 PM, members of the United States Park Police were in the 600 Block of H Street NW in Washington, DC enforcing local narcotic laws in light of prevalent drug activity in the area. Investigator Keness and Sergeant Payne were observing the area using binoculars from an observation post.

Around 8:30 PM, Investigator Keness and Sergeant Payne saw an unidentified black male wearing a fluorescent green shirt approach a black male wearing a green Nike hooded sweatshirt, blue jeans and a black beanie-type hat on his head (later identified as John Thomas Parker) on the north sidewalk of H Street NW next to the bus stop outside of the Walgreens at 7th and H Street NW. The unidentified black male with the fluorescent green shirt was observed handing Parker an unknown amount of U.S. Currency. Parker took out a clear plastic bag that contained a large white substance of suspected crack cocaine and handed the unidentified black male an unknown quantity of suspected crack cocaine. The unidentified black male was observed walking across the street by the Chinatown Metro station. Meanwhile, Parker walked west on H Street toward the front door of Walgreens. A short time later, the unidentified black male with the fluorescent green shirt was observed back on the north sidewalk by the bus stop.

Investigator Keness and Sergeant Payne observed Parker inside the Walgreens through the glass windows on 7th Street. Parker was seen exiting Walgreens and sitting on the black iron rails in front of the store on the 7th Street side. When Parker noticed a marked police car at that intersection, he immediately re-entered Walgreens. Investigator Keness and Sergeant Payne were able to keep eyes on him through the glass windows on the 7th Street side of Walgreens and observed him walking by the cashiers toward a far corner of the store. A lookout was given to the arrest team.

Officers Davidson and Heckathorn immediately responded to Walgreens. Officer Davidson observed Parker in the far west corner facing H Street. When the officers entered Walgreens, Parker was the only person in that area. When Officer Davidson went to stop Parker, he tried to pull away and brought his hands toward his groin and pocket of his hooded sweatshirt. Officer Davidson grabbed Parker, took him to the ground, and placed him in handcuffs.

A search revealed in Parker's groin area a black Rugger LCP .380 caliber semi-automatic handgun, bearing serial number 372284551. The firearm had one round in the chamber and three rounds in a 10-round magazine. Recovered from the right pocket of Parker's leggings was a clear plastic bag containing another clear-knotted plastic bag, which contained a white rock like substance of suspected crack cocaine weighing approximately 54.6 grams. Additionally, recovered from Parker's hooded sweatshirt pocket was a clear-knotted plastic bag that contained 75 clear capsules each containing a white rock like substance of suspected crack cocaine and six purple capsules each containing a white rock like substance of suspected crack cocaine weighing approximately 27.7 grams. In addition, $211.00 of U.S. Currency in small denominations was recovered from Parker. He was placed under arrest and transported to the United States Park Police District 1 Station for processing. A strip search at the station yielded negative results. At the station, the suspected crack cocaine was field-tested and yielded a positive color reaction for the presence of cocaine base.

At the station, Parker complained of back and side pain and was transported to GW Hospital for treatment. The pistol recovered from Parker appeared to be fully functional, designed to expel a projectile by the action of an explosive, with a barrel length of less than 12 inches, and capable of being fired by use of a single hand. Based on the officers' training and experience, the total amount of suspected crack cocaine recovered (approximately 82.3 grams), together with the way it was packaged and the presence of $211 in small denominations, is consistent with distribution and not mere possession.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case necessarily traveled in interstate commerce in order to reach Parker. A background check revealed that Parker has a prior criminal felony conviction punishable by a term of incarceration greater than one year. In D.C. Superior Court case number 2020 CF2 004786, he was convicted of Carrying a Pistol Without a License in violation of 22 D.C. Code Section 405(b) and sentenced to a suspended term of incarceration of 10 months. As part of the plea agreement, Parker acknowledged that he understood that the offense of CPWL carries a potential maximum penalty of 5 years' imprisonment. As a result, Parker was aware at the time of his arrest that he had a prior conviction for a crime punishable by more than one year.

Parker was arrested on August 24, 2023 and charged on August 25, 2023 with Possession with Intent to Distribute Crack Cocaine While Armed, Carrying a Pistol Without a License, Unregistered Firearm, and Unregistered Ammunition in D.C. Superior Court, where he was preventatively detained under 23 D.C. Code 1322(b) pending a preliminary hearing. Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 922(g).

_____
Detective Marcus Talley
Metropolitan Police Department
Phone: 202-774-6363

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 25th day of August, 2023.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE